In the Matter of the Application of ALFRED E. VASS, Respondent, *v.* J. GABRIEL BRITT et al., Constituting the Board of Elections of the City of New York, Appellants.

*Matter of Vass* v. *Britt*, 158 App. Div. 944, affirmed.
(Argued October 27, 1913; decided October 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 22, 1913, which affirmed an order of Special Term granting an application for a peremptory writ of mandamus to compel the board of elections of the city of New York to print the name of any candidate for county judge of Kings county appearing more than once on the ballot on the same horizontal line.

*Archibald R. Watson, Corporation Counsel (James D. Bell* and *Charles J. Druham* of counsel), for appellants.

*Meier Steinbrink* for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.

---

ATLANTIC, GULF AND PACIFIC COMPANY, Respondent, *v.* WOODMERE REALTY COMPANY et al., Appellants.

*Atlantic, Gulf & Pacific Co.* v. *Woodmere Realty Co.*, 156 App. Div. 351, appeal dismissed.
(Argued October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.